# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNA ALEXANDER FLOYD,<br><br>Defendant. | Case No.: 2:14-mj-0382-NJK<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR (SHANNA ALEXANDER FLOYD) (ID#01583912) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said Shanna Alexander Floyd before the United States District Court at Las Vegas, Nevada, on or about June 16, 2014, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 6/2/2014

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL G. BOGDEN
    United States Attorney
    District of Nevada
 2  PHILLIP N. SMITH, Jr.
    Assistant United States Attorney
 3  333 Las Vegas Boulevard South
    Suite 5000
 4  Las Vegas, Nevada  89101
    702-388-6336
 5
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| United States of America, | ) Case No.:  2:14-mj-0382-NJK |
|---|---|
| Plaintiff, | ) PETITION FOR WRIT OF |
|  | ) HABEUS CORPUS AD |
| vs. | ) PROSEDUENDUM FOR |
|  | ) (SHANNA ALEXANDER FLOYD) |
| SHANNA ALEXANDER FLOYD, | ) (ID# 01583912) |
| Defendant. | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that Shanna Alexander Floyd is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada 89101, that it is necessary that the said Shanna Alexander Floyd be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said Shanna Alexander Floyd may be present before the United States District Court for the District of Nevada, at City, State, on June 16, 2014, at the hour of 3:00 p.m., for a hearing and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said Shanna Alexander Floyd before the United States District Court on or about June 16, 2014, at the hour of 3:00 p.m., for a hearing and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said Shanna Alexander Floyd before the United States District Court on or about June 16, 2014, at the hour of 3:00 p.m., for a hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada 89101.

DATED this 2nd day of June, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/
PHILLIP N. SMITH, Jr.
Assistant United States Attorney